**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DAVID S. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 24-2485-KHV** |
| | ) | |
| **AMAZON.COM SERVICES,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On April 6, 2026, the Court overruled plaintiff's <u>Motion To Proceed Without Prepayment Of Fees</u> (Doc. #32) filed March 23, 2026, because he did not set forth any issues on appeal. <u>Memorandum And Order</u> (Doc. #37) at 2. This matter is before the Court on <u>Appellant Request For Review And Reevaluation By A Different Judge Re: Plaintiff's Motion To Proceed On Appeal Without Prepayment Of Fees</u> (Doc. #39) filed April 21, 2026, which the Court construes as a motion to reconsider its denial of plaintiff's request to proceed on appeal without prepayment of fees. Under Rule 24(a), Fed. R. App. P., plaintiff financially qualifies for in forma pauperis status. <u>Memorandum And Order</u> (Doc. #37) at 1. Because plaintiff now has also stated the issues which he intends to appeal, the Court sustains his motion to reconsider and permits him to proceed on appeal without prepayment of fees.

**IT IS THEREFORE ORDERED** that <u>Appellant Request For Review And Reevaluation By A Different Judge Re: Plaintiff's Motion To Proceed On Appeal Without Prepayment Of Fees</u> (Doc. #39) filed April 21, 2026, which the Court construes as a motion to reconsider its denial of plaintiff's request to proceed on appeal without prepayment of fees, is **SUSTAINED. Plaintiff may proceed on appeal without prepayment of fees.**

-2-

Dated this 1st day of June, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge